**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**February 28, 2012**

CASE NUMBER:  CV 11-03410 EMC, CV 11-3411 EMC, CV 11-3412 EMC
        CV 11-4224 EMC
CASE TITLE:  INNOVATIVE AUTOMATION LLC-v-MEDIAYTECHNICS
        SYSTEMS,  INC ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Harold R. Lloyd** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **HRL** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/28/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer ha 2/28/12


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA